

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00605-CV

**IN RE** Maria **VALDIVIA** (Estrada)

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  November 19, 2014

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

Relator filed this petition for writ of mandamus on August 26, 2014. This court granted a temporary stay and requested a response to the petition on August 27, 2014.

Relator filed a motion to dismiss this mandamus proceeding on November 6, 2014, advising the court that the matter in controversy had become moot due to the entry of a final order in the underlying custody dispute. Accordingly, this original mandamus proceeding is dismissed as moot. The temporary stay previously ordered by this court is also lifted as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2005-CI-17414, styled *In the Interest of A.V. and A.V., Children*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.